UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 16-23394
Margot K. Underwood  )
  )  Chapter: 13
  )  Honorable Pamela S. Hollis
  )  Joliet
Debtor(s)  )

### Order granting Secured Creditor Lakewood Falls Community Association, Inc. Motion for Relief from Stay

THIS CAUSE having come before the Court on Secured Creditor, Lakewood Falls Community Association, Inc.'s Motion for Relief from Stay, and the Court being duly advised on the premises,

IT IS HEREBY ORDERED THAT:

1. The Motion of Secured Creditor, Lakewood Falls Community Association, Inc., is granted. The automatic stay is lifted as to Lakewood Falls Community Association, Inc., as to the property commonly known as 14150 South Lehigh Drive, Plainfield, IL 60544.

2. Lakewood Falls Community Association, Inc. is hereby permitted to proceed with enforcement of its rights under the Second Amended and Restated Declaration of Covenants, Conditions and Restrictions for Lakewood Falls Community Association, Inc., against the property commonly known as 14150 South Lehigh Drive, Plainfield, IL 60544 to collect assessments, fees and costs, IN REM for pre-petition arrears and, pursuant to 11 U.S.C §523(a)(16), personally against the Debtor's post-petition arrears, if any.

3. The stay pursuant to Bankruptcy Rule 4001(a)(3) is hereby waived.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  August 24, 2018

**Prepared by:**

Dawn L. Moody
Attorney Number 06283567
Keough & Moody, P.C.
114 East Van Buren Avenue
Naperville, IL 60540
(630) 369-2700